**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 22-cv-1691 |
| v. | ) ) ) | |
| NISHAD SINGH, | ) ) ) | |
| Defendant. | ) ) ) | |

**MOTION TO ENTER PROPOSED FINAL JUDGMENT**

The Securities and Exchange Commission (the "Commission") respectfully requests that the Court enter the attached proposed Final Judgment against Defendant Nishad Singh ("Defendant").  The Commission filed the Complaint against Defendant on February 28, 2023.  (Dkt. 1.)  At that time, the Commission filed a proposed interim judgment, which the Court entered on March 3, 2023.  (Dkt. 6 and 7.)  The interim Judgment provided that certain terms of the Final Judgment would be made upon motion of the Commission, and that the Court would retain jurisdiction over the matter for the purposes of enforcing that Judgment.  (Dkt. 7, Sections IV., V., and VII.)  The attached proposed Final Judgment would supersede the terms of the interim Judgment, including not only the specific provisions in Section V. regarding civil penalties and disgorgement, but also the terms of the injunctive relief in Sections III. and IV.  However, given that the injunctive relief as sought in Sections III. and IV. of the Final Judgment has been in place since the Court's entry of the interim Judgment, on March 3, 2023, the proposed duration of the injunctive relief in the proposed Final Judgment will begin running from March 3, 2023.

The attached proposed Final Judgment reflects the parties proposed final resolution of the claims in the Complaint and is in the interests of justice.

DATED:  December 19, 2025

                                        Respectfully submitted,


                                        /s/ Amy Harman Burkart
                                        Amy Harman Burkart
                                        SECURITIES AND EXCHANGE
                                          COMMISSION
                                        33 Arch Street
                                        Boston, MA 02109
                                        (617)573-5905
                                        burkarta@sec.gov

                                        *Attorney for the Plaintiff*

2